UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN LOJEK,<br><br>Plaintiff,<br><br>v.<br><br>HENAN OCEAN POWER HOUSEWARES CO., LTD., a foreign company, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-02449-TL<br><br>ORDER ON MOTION FOR ALTERNATIVE SERVICE |

On February 3, 2026, the Court denied Plaintiff's request to use email serve process on Defendants located in the People's Republic of China (Dkt. No. 5). The Court determined that the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention") applied, and that "service by email on Defendants in China is prohibited by the Hague Convention." Dkt. No. 10 at 10.

Plaintiff has renewed his motion as to Defendant Dongzhi Value Trading Co., Ltd. ("Dongzhi"). Dkt. No. 35. After attempting to serve process on Defendant Dongzhi through Hague Convention–endorsed channels, Plaintiff has determined that "the Central Authority of

the People's Republic of China has since certified that Dongzhi could not be located at its registered address, and a Chinese court's on-site investigation established why." *Id.* at 2. In other words, the address of Dongzhi is unknown. Because the Hague Convention does not apply where a defendant's address is unknown, Plaintiff now argues that email service is no longer prohibited. *See id.* at 4–6.

Where email service is permitted generally, it is permitted specifically where a plaintiff demonstrates that a defendant's email address "[is] valid and [is] successfully receiving messages." *Amazon.com, Inc. v. KexleWaterFilters*, No. C22-1122, 2023 WL 3902694, at *2 (W.D. Wash. May 31, 2023). Here, Plaintiff avers that he successfully transmitted a message to an email address "through which Dongzhi has already litigated this patent against this Plaintiff[.]" Dkt. No. 35 at 7. Plaintiff asserts that he did not receive a "bounce-back notice, non-delivery report, or other indication of failure was received." *Id.* at 8. Further, Plaintiff asserts that "[a] third party email tracking service further recorded that the message was opened on October 3, 2026 at 10:17 a.m. PDT." *Id.* The Court is therefore satisfied that "service of process by email to th[is] address[] is likely to provide Defendant [Dongzhi] notice of this lawsuit." *KexleWaterFilters*, 2023 WL 3902694, at *2.

Accordingly, the Court ORDERS:

(1) Plaintiff's motion for alternative service (Dkt. No. 35) is GRANTED.

(2) (Plaintiff is AUTHORIZED to serve Defendan Henan Dongzhi Value Trading Co., Ltd., via the email address andysongus@outlook.com.

Dated this 26th day of October 2026.

Tana Lin
United States District Judge