**THE HONORABLE TANA LIN**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

**STEVEN LOJEK**, an individual,

Plaintiff

v.

**HENAN OCEAN POWER HOUSEWARES CO., LTD.**, a foreign company;
**HENAN DONGZHI VALUE TRADING CO., LTD.**, a foreign company;
**et al.**,

Defendants.

No. 2:25-cv-02449-TL

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT RIZHAO FANGBU FITNESS EQUIPMENT CO., LTD.**

NOTE ON MOTION CALENDAR:
November 17, 2026

Plaintiff Steven Lojek and Defendant Rizhao Fangbu Fitness Equipment Co., Ltd. ("Rizhao"), the only parties affected by this stipulation, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

1. All claims asserted in this action against Rizhao only are dismissed WITH PREJUDICE.



STEVEN LOJEK
PLAINTIFF, PRO SE
FLEMINGTON, NJ 08822
1-908-586-9397

2. This dismissal is of Rizhao only. It does not affect, and Plaintiff expressly reserves, all claims against all other Defendants.

3. Rizhao's pending Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 45) is WITHDRAWN and is moot.

4. Each party shall bear its own attorneys' fees and costs with respect to the claims dismissed by this stipulation.

DATED this 17th day of November, 2026.

s/ *Steven Lojek*
Steven Lojek
Flemington, New Jersey 08822
Tel: (908) 586-9397

*Plaintiff, Pro Se*

CORR CRONIN LLP

s/ *Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue | Floor 10
Seattle, WA 98104
Tel.: (206) 625-8600
elindberg@corrcronin.com

Roumin Xie, CA Bar No. 344439
(Admitted Pro Hac Vice)
Veritas Light Law Group, P.C.
4340 Von Karman Ave, Suite 290
Newport Beach, CA 92660
682-200-9607
rouminxie@veritaslightlaw.com

*Attorneys for Defendant Rizhao Fangbu Fitness Equipment Co., Ltd.*

**ORDER**

THIS MATTER having come before the undersigned Judge upon the stipulation of the parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims against Defendant Rizhao Fangbu Fitness Equipment Co., Ltd. are dismissed with prejudice and without costs or fees.

DATED this __17th__ day of November, 2026.

HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Steven Lojek*

STEVEN LOJEK
PLAINTIFF, PRO SE
FLEMINGTON, NJ 08822 USA
EMAIL: LEGAL@PERFORMANCEPIN.COM
PHONE: +1-908-586-9397